IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABIRA MEDICAL LABORATORIES, LLC, <br><br> Plaintiff, <br><br> vs. <br><br> MUTUAL OF OMAHA INSURANCE COMPANY, ABC COMPANIES 1-100, and JOHN DOES 1-100, <br><br> Defendants. | **8:24CV194** <br><br> **ORDER** |

IT IS ORDERED:

The deadline to file an answer or other responsive pleading is June 21, 2024. Any dispositive motion must comply with NECivR 12.1.

Dated this 31st day of May, 2024.

BY THE COURT:

*s/ Jacqueline M. DeLuca*
United States Magistrate Judge