IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ABIRA MEDICAL LABORATORIES, LLC,<br><br>  Plaintiff,<br><br>vs.<br><br>MUTUAL OF OMAHA INSURANCE COMPANY, ABC COMPANIES 1-100, and JOHN DOES 1-100,<br><br>  Defendants. | 8:24CV194<br><br>ORDER TO SHOW CAUSE |

The records of the Court show that on May 29, 2024, letters (Filing No. 33 and Filing No. 35) were sent to the following attorneys from the Office of the Clerk directing that they obtain admittance to practice in this district and register for the Case Management/Electronic Case Filing System ("System"):

Jeffrey M. Brenner
Post, Schell, P.C.
Three Logan Square
1717 Arch Street, 24th Floor
Philadelphia, PA 19103

Steven J. Schildt
POST, SCHELL LAW FIRM
1600 John F. Kennedy Boulevard
Four Penn Center
Philadelphia, PA 19103-2808

**IT IS ORDERED** that on or before **July 19, 2024**, the attorneys listed above shall either comply with the requests set forth in the letters from the Clerk of the Court or show cause by written affidavit why they cannot comply with the rules of the Court. Failure to comply with this order will result in Jeffrey M. Brenner and Steven J. Schildt being removed as counsel of record.

Dated this 3rd day of July, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge